# Court of Appeals
# of the State of Georgia

ATLANTA,  July 06, 2023

*The Court of Appeals hereby passes the following order:*

## A23D0361. JOSHUA J. PORTER v. THE STATE.

Joshua J. Porter pleaded guilty to possession of marijuana with intent to distribute and possession of over one ounce of marijuana. The trial court merged the charges for sentencing, and a judgment of conviction was entered on May 22, 2023. Porter then filed this timely application for a discretionary appeal, seeking to challenge the validity of his guilty plea and his conviction.

Because the judgment of conviction is final, Porter is entitled to a direct appeal. See *Collier v. State*, 307 Ga. 363, 368 (1) (834 SE2d 769) (2019) (a defendant who enters a guilty plea has a right to appeal the judgment entered on that plea). This Court will grant a timely application for a discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Porter's application is hereby GRANTED. If he has not already done so, Porter shall have ten days from the date of this order to file a notice of appeal with the trial court. See OCGA § 5-6-35 (g).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/06/2023*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*